MAX MAYER, Doing Business as MAX MAYER & Co., Respondent, *v.* STERLING SILK GLOVE COMPANY, Appellant.

*Depositions — examination before trial — order modified on stipulation to permit use of sworn copies of books.*

Appeal by defendant from so much of an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on the 2d day of March, 1921, granting in part defendant's motion to vacate order for examination before trial, as requires the production upon such examination of books and papers containing entrance of or reference to the matters made the subject of examination by the fourth paragraph of the original order for examination.

Per CURIAM: The plaintiff having stipulated that sworn copies of the books and papers required to be produced by the order appealed from may be used instead of the originals upon the examination, said order is modified by providing that the original order for examination be further modified by adding to the paragraph thereof requiring the production of such original books and papers the following: " or that the defendant may produce sworn copies of such parts of such books and papers as show the number of pairs of gloves known as 'seconds' manufactured by the defendant within the times specified in the complaint;" and as so modified affirmed, without costs.   The date for the examination to proceed to be fixed in the order.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.   Order modified as directed in opinion and as so modified affirmed, without costs.   Date for examination to proceed to be fixed in the order. Settle order on notice.